1 | BENJAMIN B. WAGNER
United States Attorney
2 | KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA  95814
4 | Telephone:  (916) 554-2700

5 | Attorneys for the United States

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          2:13-MC-00075-WBS-EFB

12 |                Plaintiff,

13 |         v.                        STIPULATION AND ORDER EXTENDING
TIME FOR FILING A COMPLAINT FOR
14 | APPROXIMATELY $58,300.00 IN U.S.   FORFEITURE AND/OR TO OBTAIN  AN
CURRENCY SEIZED FROM WELLS          INDICTMENT ALLEGING FORFEITURE
15 | FARGO BANK PERSONAL MONEY
MARKET SAVINGS ACCOUNT
16 | NUMBER 6248766716, AND

17 | APPROXIMATELY $18,462.71 IN U.S.
CURRENCY SEIZED FROM WELLS
18 | FARGO BANK PERSONAL MONEY
MARKET SAVINGS ACCOUNT
19 | NUMBER 2449282355,

20 |                Defendant.

21 |         It is hereby stipulated by and between the United States of America and

22 | claimants Angel Rios and Yolanda Rios ("claimants"), by and through their respective

23 | counsel, as follows:

24 |         1.      On or about May 1, 2013, claimants Angel Rios and Yolanda Rios filed

25 | claims in the administrative forfeiture proceedings, with the Internal Revenue Service

26 | with respect to the Approximately $58,300.00 in U.S. Currency seized from Wells

27 | Fargo Bank Personal Money Market Savings Account Number 6248766716 and

28 | Approximately $18,462.71 in U.S. Currency seized from Wells Fargo Bank Personal

Money Market Savings Account Number 2449282355  (hereafter the "defendant funds"), which were seized on March 14, 2013.

2.    The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  The deadline is currently July 30, 2013.

4.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to October 28, 2013, the time in which the United States is required to file a civil complaint for forfeiture  against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

1    5.    Accordingly, the parties agree that the deadline by which the United

2  States shall be required to file a complaint for forfeiture against the defendant funds

3  and/or to obtain an indictment alleging that the defendant funds are subject to

4  forfeiture shall be extended to October 28, 2013.

5                                          BENJAMIN B. WAGNER
                                           United States Attorney
6

7  DATE:  _7/29/13_            By:    _/s/ Kevin C. Khasigian_
                                       KEVIN C. KHASIGIAN
8                                      Assistant U.S. Attorney

9

10 DATE:  _7/29/13_                    _/s/ Donald H. Heller_
                                       DONALD H. HELLER
11                                     Attorney for Claimants
                                       Angel Rios and Yolanda Rios
12                                     (As authorized via email 7/29/13)

13

14     **IT IS SO ORDERED.**

15
   Dated:  July 30, 2013
16

17                                     WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

                                3                Stipulation and Order to Extend Time