BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $58,300.00 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK PERSONAL MONEY MARKET SAVINGS ACCOUNT NUMBER 6248766716, AND<br><br>APPROXIMATELY $18,462.71 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK PERSONAL MONEY MARKET SAVINGS ACCOUNT NUMBER 2449282355,<br><br>         Defendant. | 2:13-MC-00075-WBS-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimants Angel Rios and Yolanda Rios ("claimants"), by and through their respective counsel, as follows:

1.     On or about May 1, 2013, claimants Angel Rios and Yolanda Rios filed claims in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $58,300.00 in U.S. Currency seized from Wells Fargo Bank Personal Money Market Savings Account Number 6248766716 and

1

Approximately $18,462.71 in U.S. Currency seized from Wells Fargo Bank Personal Money Market Savings Account Number 2449282355 (hereafter the "defendant funds"), which were seized on March 14, 2013.

2. The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. The deadline was July 30, 2013.

4. By Stipulation and Order filed July 30, 2013, the parties stipulated to extend to October 28, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to January 27, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///

2

Stipulation and Order to Extend Time

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to January 27, 2014.

BENJAMIN B. WAGNER
United States Attorney

DATE: 10/1/2013            By:    /s/ Kevin C. Khasigian
                                  KEVIN C. KHASIGIAN
                                  Assistant U.S. Attorney

DATE: 10-1-2013                    /s/ Donald H. Heller
                                  DONALD H. HELLER
                                  Attorney for Claimants
                                  Angel Rios and Yolanda Rios
                                  (As authorized via email 10/1/13)

**IT IS SO ORDERED.**

Dated: October 1, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE